**No. 55925.**—John V. Carr & Son, Inc. *v.* United States, protests 155400–K, etc. (Detroit).

,Opinion by LAWRENCE, J.   In accordance with oral stipulation of counsel that the merchandise consists of keys which are, in fact, parts of agricultural implements, the claim for free entry under paragraph 1604 was sustained.

**No. 55926.**—American Express Co. et al. *v.* United States, protests 143451–K, etc. (New York).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of fibrous vegetable substances similar in all material respects to those the subject of *American Express Company* v. *United States* (39 C. C. P. A. 8, C. A. D. 456), the claim for free entry under paragraph 1684 was sustained.

BEFORE THE SECOND DIVISION, OCTOBER 18, 1951

**No. 55927.**—Norman G. Jensen, Inc. *v.* United States, petition 6777–R (Pembina).

Opinion by FORD, J.   When this case was called for trial there was no appearance on behalf of the petitioner.   An examination of the official record failing to disclose any reason which would justify granting the petition, same was denied.

OCTOBER 15, 1951

**No. 55928.**—Package Machinery Company *v.* United States, protest 149225–K.—

—C. D. 1354.   Plaintiff's application for rehearing denied.